No. 55016.—J. Ossola Co., Inc. *v.* United States, protest 159563–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the merchandise consists of cheese similar in all material respects to the Sbrinz cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706).   In accordance with stipulation of counsel and following the cited authority it was held that an allowance of 2½

percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protest was sustained to this extent.